

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00301-CV

**CITY OF SAN ANTONIO**,
Appellant

v.

Gerard **CORTES**,
Appellee

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-05707
Honorable Laura Salinas, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE BARNARD, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the trial court's order denying the City's motion to abate and to compel arbitration is REVERSED, and judgment is RENDERED granting the City of San Antonio's motion to abate and to compel arbitration. Costs of appeal are taxed against Gerard Cortes.

SIGNED April 29, 2015.

_Karen Angelini_
Karen Angelini, Justice